FILED
2019 Mar-07  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAYME DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-263-JEO |
| | ) | |
| CHSPSC, LLC d/b/a | ) | JURY DEMAND |
| GRANDVIEW MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO CHANGE NAME OF DEFENDANT

By agreement of the Parties, the name of the Defendant in the above-referenced matter is corrected to reflect that the Defendant is "Affinity Hospital, LLC d/b/a Grandview Medical Center." The Parties jointly stipulate and request that the caption of the case shall also be changed to reflect the correct name of the Defendant.

Respectfully submitted,

*s/ Susan N. Han*
Susan N. Han
NETTLES HAN LAW, LLC
2100 First Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 383-2296
E-mail: susan@nettleshanlaw.com

and

4843-6824-3337.1

Brandy Lee
Lee Law Firm, LLC
403 Ninth Avenue
Jasper Alabama 35501

2100 First Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 328-9445 Ext. 405
E-mail: brandy@leelawfirmllc.com

*Attorneys for Plaintiff Jayme Davidson*


BRADLEY ARANT BOULT CUMMINGS LLP


By: *s/ Charles J. Mataya*
   Charles J. Mataya (ASB-9898-A54C)
   1600 Division Street, Suite 700
   Nashville, TN  37203
   Tel.: 615-252-2324
   Fax: 615-252-6324
   cmataya@bradley.com

*Attorneys for Defendant Affinity Hospital, LLC d/b/a Grandview Medical Center*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following via the Court's electronic case filing system on this the 7th day of March, 2019.

Susan N. Han
Nettles Han Law, LLC
2100 First Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 383-2296
E-mail: susan@nettleshanlaw.com

Brandy Lee
Lee Law Firm, LLC
403 Ninth Avenue
Jasper Alabama 35501

2100 First Avenue North, Suite 600
Birmingham, Alabama 35203
Telephone: (205) 328-9445 Ext. 405
E-mail: brandy@leelawfirmllc.com

*Attorneys for Plaintiff*

                                          *s/ Charles J. Mataya*
                                          Of Counsel

4843-6824-3337.1